IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-50542
_____

UNITED STATES OF AMERICA

                                    Plaintiff-Appellee

versus

TYRONE MICHAEL CRAWFORD

                                    Defendant-Appellant

_____

Appeal from the United States District Court
For the Western District of Texas
(EP-96-CA-71-DB)
_____

August 5, 1998

Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA,
Circuit Judges.

PER CURIAM:[*]

     AFFIRMED.  See Local Rule 47.6.

_____

     [*] Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.